1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorney

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5042
       FAX: (408) 535-5066
8      matthew.parrella@usdoj.gov

9  Attorneys for United States of America

**FILED**
JAN 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR-13-00703-LHK

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                         SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )  UNITED STATES' MOTION TO UNSEAL
14                                   )  DOCUMENTS AND [~~PROPOSED~~] ORDER
         Plaintiff,                  )
15                                   )
         v.                          )
16                                   )
    ADRIAN BALTAGA,                  )
17  GHEORGHE BALTAGA,                )  **UNDER SEAL**
                                     )
18       Defendants.                 )

19
         The government hereby moves this Court to unseal the items under the following
20
    dockets:
21
                CR 12-90147 MISC – HRL
22
                CR 12-90268 MISC – HRL
23
                CR 12-90372 MISC – PSG
24
                CR 12-90373 MISC – PSG
25
                CR 12-90434 MISC – HRL
26
                CR 12-90503 MISC – PSG
27
                CR 12-90592 MISC – HRL
28

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

| | |
|---|---|
| 1 | CR 12-90593 MISC – HRL |
| 2 | CR 12-90676 MISC – NMC |
| 3 | CR 12-90712 MISC – HRL |
| 4 | CR 12-90809 MISC – PSG |
| 5 | CR 12-90809-renewal – PSG |
| 6 | CR 12-90832 MISC – HRL |
| 7 | CR 12-90832 MISC – Extended -- PSG |
| 8 | CR 12-90834 MISC – HRL |
| 9 | CR 13-70237 – HRL |
| 10 | CR 13-70238 – HRL |
| 11 | CR 13-90108 MISC – PSG |
| 12 | CR 13-90108 MISC-extension – NMC |
| 13 | CR 13-90108 MISC-extension – HRL |
| 14 | CR 13-90108 MISC-extension – HRL |
| 15 | CR 13-90236 MISC – HRL |
| 16 | CR 13-90284 MISC – PSG |
| 17 | CR 13-90284 MISC-extension – HRL |
| 18 | CR 13-90284 MISC-extension – HRL |
| 19 | CR 13-90387 MISC – HRL |
| 20 | CR 13-90677 MISC – PSG |
| 21 | CR 13-90681 MISC – PSG |
| 22 | CR 13-90736 MISC – PSG |
| 23 | |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | |
| 28 | |

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

1    The basis for this application is that the covert phase of this investigation is complete, the
2 defendants have been indicted, and the government needs to complete discovery obligations under Rule
3 16. In order to complete said obligations, the government needs to disclose the above-referenced items.
4 The materials no longer need to remain sealed to the public.

6    DATED: January 23, 2014    Respectfully submitted,

        MELINDA HAAG
        United States Attorney

        _____
        MATTHEW A. PARRELLA
        Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the items under the following dockets, as well as this application and order, be UNSEALED:

    CR 12-90147 MISC – HRL

    CR 12-90268 MISC – HRL

    CR 12-90372 MISC – PSG

    CR 12-90373 MISC – PSG

    CR 12-90434 MISC – HRL

    CR 12-90503 MISC – PSG

    CR 12-90592 MISC – HRL

    CR 12-90593 MISC – HRL

    CR 12-90676 MISC – NMC

    CR 12-90712 MISC – HRL

    CR 12-90809 MISC – PSG

    CR 12-90809-renewal – PSG

    CR 12-90832 MISC – HRL

    CR 12-90832 MISC – Extended -- PSG

    CR 12-90834 MISC – HRL

    CR 13-70237 – HRL

    CR 13-70238 – HRL

    CR 13-90108 MISC – PSG

    CR 13-90108 MISC-extension – NMC

    CR 13-90108 MISC-extension – HRL

    CR 13-90108 MISC-extension – HRL

    CR 13-90236 MISC – HRL

    CR 13-90284 MISC – PSG

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

1. CR 13-90284 MISC-extension – HRL
2. CR 13-90284 MISC-extension – HRL
3. CR 13-90387 MISC – HRL
4. CR 13-90677MISC – PSG
5. CR 13-90681MISC –PSG
6. CR 13-90736 MISC –PSG

IT IS SO ORDERED.

DATED: 1/24/14

_____
LUCY H. KOH
United States District Court Judge